## THE FIRST MUNICIPALITY v. MANUEL.

The ordinance of the General Council of the First Municipality of New Orleans, of 28 Nov.; 1843, imposing a tax on all retailers of soda-water, with the exception of apothecaries, is not illegal nor unconstitutional; nor will the fact that the party had paid for a license as a confectioner, exempt him from liability for the tax.

APPEAL from the decision of a justice of the peace in New Orleans. The appellant resisted payment of the tax on the grounds: 1st. That it was illegal and unconstitutional. 2d. That having obtained a license as a confectioner, he could not be subjected to another tax for retailing soda-water, or any other article in the line of his business.

*Preaux* and *Morel*, for the plaintiffs. *Schmidt*, for the appellant; cited Const: art. 127. The judgment of the court *(King, J. absent,)* was pronounced by

EUSTIS, C. J. This is an appeal taken from a judgment of a justice of the peace of New Orleans, by which the amount of a tax, and the price of a license, were adjudged to be due by the defendant, by virtue of an ordinance of the General Council of New Orleans, imposing said tax on the retailers of soda-water in the city, with the exception of apothecaries.

We think this ordinance is not illegal, but is warranted by a fair construction of the act of the 12th of January, 1842, entitled "An act explanatory of the powers of the General Council of the city of New Orleans."

*Judgment affirmed:*